EN:AH:ljm

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

       Defendant.

- - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 2 0 2011 ★
BROOKLYN OFFICE

LIMITED UNSEALING ORDER

99 CR 1007 (ILG)

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by AMANDA HECTOR, Assistant United States Attorney, it is hereby

ORDERED that the Clerk of the Court unseal the following documents for the limited purpose of allowing a representative of the United States Attorney's Office to make a copy: docket entry no. 2 (filed 11/04/99); docket etnery no. 3 (filed 10/16/00); docket entry no. 4 (filed 10/25/00); docket entry no. 5 (filed 8/1/01); docket entry no. 6 (filed 8/1/01); docket entry no. 8 (filed 10/29/02); docket entry no. 9 (filed 11/4/99); docket entry no. 10 (filed 10/29/02); docket entry no. 11 (filed 10/31/02); docket entry no. 12 (filed 10/31/02); docket entry no. 13 (filed 10/18/02); and docket entry no. 14 (filed 10/24/02).

Dated: Brooklyn, New York
      December 20, 2011

S/ILG
_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

# AFFIDAVIT OF MAILING

STATE OF NEW YORK
COUNTY OF KINGS
EASTERN DISTRICT OF NEW YORK, ss:

_____ , being duly sworn, says that on the _____ day of

_____ , I deposited in Mail Chute Drop for mailing in the U.S. Courthouse,

Cadman Plaza East, Borough of Brooklyn, County of Kings, City and State of New York, a _____

_____ of which the annexed is a true copy, contained in a securely

enclosed postpaid wrapper directed to the person hereafter named, at the place and address stated below:

_____

_____

_____

Sworn to before me this
    day of

_____

_____

# AFFIDAVIT OF PERSONAL SERVICES

STATE OF NEW YORK
COUNTY OF KINGS
EASTERN DISTRICT OF NEW YORK, ss:

_____ , being duly sworn, says that he is employed in the office of

the United States Attorney for the Eastern District of New York. That on the _____ day of _____ ,

he served a true copy of the annexed _____ on the office of

attorney for _____ herein, located at

_____ , Borough of _____ , City of New York, by leaving

a true copy of same with his clerk or other person in charge of said office.

_____

Sworn to before me this
    day of

_____

Form No. USA-52a-6a
(Rev. 7/82)